IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3114 |
| vs. | |
| YULIO CERVINO-HERNANDEZ and ALEXANDER CASTELLANO-BENITEZ, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 69) recommending that the Court deny the defendants' respective motions to suppress (filings 47 and 57). Neither defendant has objected to the Magistrate Judge's recommendation.

Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECrimR 59.2(e). And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006). Accordingly, the Court will adopt the Magistrate Judge's recommendation that the defendants' motions to suppress be denied, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 69) are adopted.

2. The defendant Yulio Cervino-Hernandez's motion to suppress (filing 47) is denied.

3. The defendant Alexander Castellano-Benitez's motion to suppress (filing 57) is denied..

Dated this 18th day of May, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge